UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

| | |
|---|---|
| CARMEN ELAINE SHANKS<br>SSN: xxx-xx-8673<br>Debtor | CASE NUMBER:   05-38137-<br>CHAPTER 13 |

## NOTICE TO CARMEN ELAINE SHANKS THAT $3.87 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUND ACCOUNT IN TREASURY FUND #6047BK

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Carmen Elaine Shanks, debtor herein, and deposits $3.87 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. That the debtor was discharged and the case was closed on May 31, 2010.

2. That the last known address for Carmen Elaine Shanks, was:

   1322 High Street
   Logansport, IN 46947

3. That the debtor did not cash the Trustee's disbursement check number 665467, dated May 31, 2010 in the amount of $3.87, and it has been voided.

4. That the Trustee has previously voided checks sent to the debtor for this payment because they were not cashed and had expired.

5. That the Trustee contacted the debtor's attorney, and he indicated he did not know the debtor's current address or location.

6. That any objections to said Deposit should be made in writing with the Court Clerk.

Dated: February 3, 2011

/s/ Debra L. Miller,
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served as follows on February 3, 2011

By U.S. Mail postage prepaid
Debtor: Carmen Elaine Shanks, 1322 High Street, Logansport, IN

By electronic mail via CM/ECF:
Debtor's Attorney: Brad A. Woolley
U.S. Trustee: ustregion10.so.efc@usdoj.gov

/s/ Harriette M. King
Harriette M. King